IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02023–EWN–CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

ROBEN D. AHDOOT, d/b/a INGLEWOOD OPEN MRI,

    Defendant.

and

_____

Civil Action No. 06–cv–02024–RPM–BNB

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC., d/b/a LYNWOOD MEDICAL
IMAGING, a California corporation,
SEPEHR KATIRAIE, and
MOOSSA HEIKALI,

    Defendants.

_____

## JUDGMENT BY DEFAULT AGAINST MOOSSA HEIKALI
_____

    This matter comes before the Court on Plaintiff Highline Capital Corp.'s ("Highline") Motion for Judgment by Default Against Moossa Heikali ("Heikali"). Having reviewed Highline's motion and the supporting affidavits, the Court finds and concludes as follows:

1. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a)(1) and venue in this Court is proper under 28 U.S.C. § 1391(a).

2. Heikali was served with the summons and complaint on October 19, 2006. The Clerk entered default against Heikali on November 24, 2006.

3. The Court hereby orders the Clerk to enter judgment by default in favor of Highline and against Heikali as follows:

   a. $383,439.80 in compensatory damages.

   b. Prejudgment interest on this amount calculated at 8% per annum compounded annually pursuant to C.R.S. § 5-12-102 in the amount of $ 1,511.64.

   c. Attorneys' fees in the amount of $192,475.72.

   d. Post judgment interest on the total amount.

   e. Costs as established by the Bill of Costs that Highline may submit pursuant to F.R.C.P. 54.

Dated this 7th day of March, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge