IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02023–EWN–CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

 Plaintiff,

v.

ROBEN D. AHDOOT, d/b/a INGLEWOOD OPEN MRI,

 Defendant.

and

Civil Action No. 06–cv–02024–RPM–BNB

HIGHLINE CAPITAL CORP., a Delaware corporation,

 Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC., d/b/a LYNWOOD MEDICAL
IMAGING, a California corporation,
SEPEHR KATIRAIE, and
MOOSSA HEIKALI,

 Defendants.

**ORDER CERTIFYING JUDGMENT BY DEFAULT AGAINST
MOOSSA HEIKALI AS FINAL JUDGMENT**

This matter comes before the court on Plaintiff Highline Capital Corp.'s motion pursuant to Fed. R. Civ. P. 54(b) to certify the judgment by default entered against Moossa Heikali on March 7, 2007, as a final and enforceable judgment. The court finds that the default judgment resolves all claims between Plaintiff and Defendant Heikali and that there is no just reason for delay. Therefore, the court orders that the judgment entered against Defendant Heikali is the final judgment.

Dated this 26th day of March, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge