IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02023–EWN–CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

ROBEN D. AHDOOT, d/b/a INGLEWOOD OPEN MRI,

    Defendant.

and

---

Civil Action No. 06–cv–02024–RPM–BNB

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC., d/b/a LYNWOOD MEDICAL
IMAGING, a California corporation,
SEPEHR KATIRAIE, and
MOOSSA HEIKALI,

    Defendants.

---

**ORDER DISMISSING ROBEN D. AHDOOT'S COUNTERCLAIM AGAINST
PLAINTIFF WITH PREJUDICE**

---

THIS MATTER, having come before the Court on the parties' Stipulated Motion for Dismissal of Roben D. Ahdoot's Counterclaim Against Plaintiff With Prejudice, and the Court being sufficiently advised, hereby

ORDERS that the counterclaim asserted by Roben D. Ahdoot against plaintiff is dismissed with prejudice, each party to bear its own costs and attorneys' fees as to the counterclaim.

Dated this 19th day of June, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge