IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02023–EWN–CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

ROBEN D. AHDOOT, d/b/a INGLEWOOD OPEN MRI,

    Defendant.

and

_____

Civil Action No. 06–cv–02024–RPM–BNB

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC., d/b/a LYNWOOD MEDICAL
IMAGING, a California corporation,
SEPEHR KATIRAIE, and
MOOSSA HEIKALI,

    Defendants.

_____

## ORDER GRANTING STIPULATED MOTION TO STAY PLAINTIFF'S CLAIMS AGAINST ROBEN D. AHDOOT
_____

This matter comes before the Court on the parties' Stipulated Motion to Stay Plaintiff's Claims Against Roben D. Ahdoot, and the Court being sufficiently advised, ORDERS as follows:

1. All proceedings regarding the claim asserted by Highline Capital Corp. against Roben D. Ahdoot in Civil Action No. 06-cv-02023-EWN-CBS, are stayed.
2. The stay shall expire on the earlier of November 7, 2007, or the date on which plaintiff files the confession of judgment executed by defendant with the Court.
3. By or before November 7, 2007, plaintiff shall either file the confession of judgment executed by defendant Roben D. Ahdoot or the parties shall file a stipulated motion to dismiss plaintiff's claims against Ahdoot without prejudice, as provided in the parties settlement agreement.

Dated this 19th day of June, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge