IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–02023–EWN–CBS

HIGHLINE CAPITAL CORP.,
a Delaware corporation,

    Plaintiff,

v.

ROBEN D. AHDOOT,
d/b/a INGLEWOOD OPEN MRI,

    Defendant/Counter-claimant and Third Party Plaintiff,

v.

MOOSA HEIKALI, and
UNITED LEASING AND DISTRIBUTIONS, INC.,

    Third-Party Defendants.

*Consolidated with Civil Action No. 06–cv–02024–EWN–CBS*

HIGHLINE CAPITAL CORP.,
a Delaware corporation,

    Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC., d/b/a LYNWOOD MEDICAL IMAGING,
a California corporation,
SEPEHR KATIRAIE, and
MOOSSA HEIKALI,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Motion to Withdraw (*doc. no. 108)* is **GRANTED**.

Attorney Jennifer C. Miner is relieved of any further representation of *Highline Capital Corporation* in the above captioned matter. The Clerk of Court is instructed to remove Ms. Miner from the electronic certificate of mailing.

**DATED:**     October 29, 2007