IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–02023–EWN–CBS

HIGHLINE CAPITAL CORP.,
a Delaware corporation,

       Plaintiff,

v.

ROBEN D. AHDOOT,
d/b/a INGLEWOOD OPEN MRI,

       Defendant/Counter-claimant and Third Party Plaintiff,

v.

MOOSA HEIKALI, and
UNITED LEASING AND DISTRIBUTIONS, INC.,

       Third-Party Defendants.

---

*Consolidated with Civil Action No. 06–cv–02024–EWN–CBS*

HIGHLINE CAPITAL CORP.,
a Delaware corporation,

       Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC., d/b/a LYNWOOD MEDICAL IMAGING,
a California corporation,
SEPEHR KATIRAIE, and
MOOSSA HEIKALI,

       Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Motion to Withdraw (*doc. no. 111)* is **GRANTED**.

Attorney Chad M. McShane is relieved of any further representation of *S epehr Katiraie and Sepehr Katiraie, M.D., Inc.* in the above captioned matter.  The Clerk of Court is instructed to remove Mr. McShane from the electronic certificate of mailing.  Defendants shall be added to the certificate of mailing using the following address:

2625 Florence Ave.
Suite D
Huntington Park, CA 90255

Sepehr Katiraie, M.D., Inc. is reminded that it cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions maybe imposed against the entity.

IT IS FURTHER ORDERED that a status conference has been set for **December 7, 2007 at 8:00 a.m. (Mountain Time)** in Courtroom A-402, fourth floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**       November 1, 2007