IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02023-EWN-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

Plaintiff,

v.

ROBEN D. AHDOOT D/B/A INGLEWOOD OPEN MRI,

Defendant/Counterclaimant and Third Party Plaintiff,

v.

MOOSSA HEIKALI, and
UNITED LEASING AND DISTRIBUTIONS, INC., a California corporation,

Third-Party Defendants.

_____

*Consolidated with* Civil Action No. 06-cv-02024-EWN-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC. D/B/A LYNWOOD MEDICAL IMAGING, a California corporation;
SEPEHR KATIRAIE; MOOSSA HEIKALI,

Defendants and Third-Party Plaintiffs,

v.

UNITED LEASING AND DISTRIBUTIONS, INC., a California corporation,

Third-Party Defendant.

_____

**ORDER DISMISSING
PLAINTIFF'S CLAIMS AGAINST ROBEN D. AHDOOT WITHOUT PREJUDICE**
_____

THIS MATTER, having come before the Court on the parties' Stipulated Motion for

Dismissal of Plaintiff's Claims Against Roben Ahdoot Without Prejudice, and the Court being

sufficiently advised, hereby

2

ORDERS that the claims asserted by Highline Capital Corp. against Roben D. Ahdoot are dismissed without prejudice.

DATED this 16th day of November, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
United States District Judge

#1233257 v1