IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06-cv-02023-EWN-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

Plaintiff,

v.

ROBEN D. AHDOOT d/b/a INGLEWOOD OPEN MRI,

Defendant/Third Party Plaintiff,

v.

MOOSSA HEIKALI  and
UNITED LEASING AND DISTRIBUTIONS, INC., a California corporation,

Third-Party Defendants.

and
_____

Civil Action No. 06-cv-02024-EWN-CBS
HIGHLINE CAPITAL CORP., a Delaware corporation,

Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC. D/B/A LYNWOOD MEDICAL
IMAGING, a California corporation;
SEPEHR KATIRAIE; and
MOOSSA HEIKALI,

Defendants/Third-Party Plaintiffs,

v.

UNITED LEASING AND DISTRIBUTIONS, INC., a California corporation,

Third-Party Defendant.

**ORDER FOR DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST
DEFENDANTS SEPEHR KATIRAIE AND SEPEHR KATIRAIE, M.D., INC.**

THIS MATTER, having come before the Court on the parties' Stipulated Motion for Dismissal Without Prejudice, and the Court being sufficiently advised, hereby

ORDERS that the claims against Defendants Sepehr Katiraie and Sepehr Katiraie, M.D., Inc. are dismissed without prejudice.

DATED this 27th day of March, 2008.

BY THE COURT:


s/ Edward W. Nottingham
Chief United States District Judge