**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-02023-CMA-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

      Plaintiff,

v.

ROBEN D. AHDOOT d/b/a INGLEWOOD OPEN MRI,

      Defendant/Third-Party Plaintiff,

v.

MOOSSA HEIKALI and
UNITED LEASING AND DISTRIBUTIONS, INC., a California corporation,

      Third-Party Defendants.

and

---

Civil Action No. 06-cv-02024-EWN-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

      Plaintiff,

v.

MOOSSA HEIKALI,

      Defendants/Third-Party Plaintiff,

v.

UNITED LEASING AND DISTRIBUTIONS, INC., a California corporation,

      Third-Party Defendant.

## ORDER

This matter comes before the Court *sua sponte.* It appears from a review of this Court's file that the clerk filed an entry of default in favor of Third-Party Plaintiff Roben D. Ahdoot against Third-Party Defendant Moossa Heikali on May 8, 2007 (Doc. # 75), and an entry of default in favor of Cross-Claimants Sepehr Katiraie, M.D., Inc., and Sepehr Katiraie and against Cross-Claim Defendant Moossa Heikali on May 8, 2007 (Doc.# 76). Neither Third-Party Plaintiff Roben D. Ahdott nor Cross-Claimants Sepehr Katiraie, M.D., Inc., and Sepehr Katiraie have filed a motion to enter final judgment on their respective defaults. It is therefore

ORDERED that the parties shall file their motion to certify judgment by default as a final judgment by December 8, 2008, or show cause why this matter should not be set on the Court's Law and Motion Calender for further review.

DATED: November _24_, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge