# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 06-cv-02023-CMA-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

ROBEN D. AHDOOT d/b/a INGLEWOOD OPEN MRI,

    Defendant/Third Party Plaintiff,

v.

MOOSSA HEIKALI and
UNITED LEASING AND DISTRIBUTIONS, INC., a California corporation,

    Third-Party Defendants.

and
_____

Civil Action No. 06-cv-02024-CMA-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC.,
d/b/a LYNWOOD MEDICAL IMAGING, a California corporation,
SEPEHR KATIRAIE, and
MOOSSA HEIKALI,

    Defendants/Third-Party Plaintiffs,

v.

UNITED LEASING AND DISTRIBUTIONS, INC., a California corporation,

    Third-Party Defendant.

## JUDGMENT BY DEFAULT AGAINST MOOSSA HEIKALI AND IN FAVOR OF SEPEHR KATIRAIE

This matter comes before the Court on a Motion for Judgment by Default Against Moossa Heikali ("Heikali") filed by Cross-Claimant Sepehr Katiraie ("Katiraie") (Doc. # 156). Having reviewed the motion and supporting affidavit, the Court finds and concludes as follows:

1. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a)(1), and venue in this Court is proper under 28 U.S.C. § 1391(a).
2. The Clerk entered default in favor of Katiraie and against Heikali on May 8, 2007 (Doc. # 76).
3. On November 24, 2008, this Court ordered Katiraie to file a motion to enter final judgment on the default (Doc. # 147).
4. Katiraie filed a motion for judgment by default on January 21, 2009. (Doc. # 156).

The Court hereby ORDERS the Clerk to enter judgment by default in favor of Katiraie and against Heikali as follows:

1. $310,000.00 in compensatory damages.
2. Post judgment interest shall accrue at the legal rate of .70% from the date of entry of this judgment.

DATED: March  20 , 2009        BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge